# United States Bankruptcy Court
## Southern District of Florida

In re **Roberto Garcia**
**Ana Lucia Garcia**
Debtor(s)

Case No. **22-19496-AJC**
Chapter **13**

## DECLARATION REGARDING PAYMENT ADVICES

**Debtor:**

■ Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____ )

☐ Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐ Copies of all payment advices **are not** attached because the debtor:
  ☐ receives disability payments
  ☐ is unemployed and does not receive unemployment compensation
  ☐ receives Social Security payments
  ☐ receives a pension
  ☐ does not work outside the home
  ☐ is self employed and does not receive payment advices

☐ None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain: _____

**Joint Debtor (if applicable):**

■ Copies of payment advices, pay stubs or other evidence of payment received by the joint debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____ )

☐ Copies of payment advices **are not** attached because the joint debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐ Copies of payment advices **are not** attached because the joint debtor:
  ☐ receives disability payments
  ☐ is unemployed and does not receive unemployment compensation
  ☐ receives Social Security payments
  ☐ receives a pension
  ☐ does not work outside the home
  ☐ is self employed and does not receive payment advices

☐ None of the statements above apply, however, the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain: _____

*NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court. See Local Rule 5005-1(A)(2).*

| | |
|---|---|
| **/s/ Roberto Garcia** | Date: **February 23, 2023** |
| **Roberto Garcia** | |
| Signature of Attorney or Debtor | |
| | |
| **/s/ Ana Lucia Garcia** | Date: **February 23, 2023** |
| **Ana Lucia Garcia** | |
| Signature of Attorney or Joint Debtor | |

**University of Miami**
Payroll Office P.O. Box 248106 Coral Gables, FL 33124

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Ana Garcia | University of Miami | 54868441 | 12/22/2022 | 01/04/2023 | 01/13/2023 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,328.25 | 136.38 | 108.91 | 15.81 | 1,067.15 |
| YTD | 1,328.25 | 136.38 | 108.91 | 15.81 | 1,067.15 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Admin Leave | 12/22/2022 - 01/04/2023 | 16 | 16.5 | 264.00 | 264.00 |
| Regular | 12/22/2022 - 01/04/2023 | 64.5 | 16.5 | 1,064.25 | 1,064.25 |
| Earnings | | | | 1,328.25 | 1,328.25 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 78.01 | 78.01 |
| Medicare | 18.25 | 18.25 |
| Federal Withholding | 12.65 | 12.65 |
| Employee Taxes | 108.91 | 108.91 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental Delta- EE (pre-tax) | 17.34 | 17.34 |
| Med Insurance- Aetna- EE (pre-tax) | 52.62 | 52.62 |
| UHealth Retirement Savings Plan (UHealth RSP) - EE (pre | 66.42 | 66.42 |
| Pre Tax Deductions | 136.38 | 136.38 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| LTD | 6.67 | 6.67 |
| Short Term Disability Insurance (UM) | 9.14 | 9.14 |
| Post Tax Deductions | 15.81 | 15.81 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| AD&D Group UM - ER | 0.24 | 0.24 |
| Dental Delta- ER | 2.31 | 2.31 |
| Life Insurance- ER | 0.90 | 0.90 |
| Med Insurance- Aetna- ER | 400.82 | 400.82 |
| Short Term Disability Insurance (UM) -- ER | 2.38 | 2.38 |
| Employer Paid Benefits | 406.65 | 406.65 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,258.29 | 1,258.29 |
| Medicare - Taxable Wages | 1,258.29 | 1,258.29 |
| Federal Withholding - Taxable Wages | 1,191.87 | 1,191.87 |

### Federal

| Marital Status | Married filing jointly (or Qualifying widow(er)) |
|---|---|
| Allowances | 0 |
| Additional Withholding | 0 |

### State

| | |
|---|---|
| | 0 |

### Absence Plans (Hours)

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| UHealth Non-Exempt EIB Time Off Plan | 1.85 | 0 | 12.95 |
| UHealth Non-Exempt PTO Time Off Plan | 7.1162 | 0 | 40.4874 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Chase | | ******8093 | | 1,067.15 USD |

University of Miami
Payroll Office P.O. Box 248106 Coral Gables, FL 33124

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Ana Garcia | University of Miami | 54868441 | 12/08/2022 | 12/21/2022 | 12/30/2022 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,790.26 | 156.71 | 195.56 | 15.81 | 1,422.18 |
| YTD | 8,266.89 | 599.07 | 764.02 | 83.12 | 6,820.68 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Gross Up- One Time Payment | | | 0 | | 108.28 |
| Overtime Premium | 12/08/2022 - 12/21/2022 | 19 | 8.25 | 156.76 | 249.01 |
| Overtime | 12/08/2022 - 12/21/2022 | 19 | 16.5 | 313.50 | 498.00 |
| Regular | 12/08/2022 - 12/21/2022 | 80 | 16.5 | 1,320.00 | 7,286.00 |
| Vacation / PTO | | | 0 | | 125.60 |
| Earnings | | | | 1,790.26 | 8,266.89 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 106.83 | 489.74 |
| Medicare | 24.99 | 114.54 |
| Federal Withholding | 63.74 | 159.74 |
| Employee Taxes | 195.56 | 764.02 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental Delta- EE (pre-tax) | 17.34 | 86.70 |
| Med Insurance- Aetna- EE (pre-tax) | 49.85 | 249.25 |
| Metrorail - EE (pre-tax) | | 31.90 |
| UHealth Retirement Savings Plan (UHealth RSP) - EE (pre | 89.52 | 231.22 |
| Pre Tax Deductions | 156.71 | 599.07 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| LTD | 6.67 | 38.74 |
| Short Term Disability Insurance (UM) | 9.14 | 44.38 |
| Post Tax Deductions | 15.81 | 83.12 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| AD&D Group UM - ER | 0.24 | 1.40 |
| Dental Delta- ER | 2.31 | 11.55 |
| Life Insurance- ER | 0.90 | 5.20 |
| Med Insurance- Aetna- ER | 364.85 | 1,824.25 |
| Short Term Disability Insurance (UM) – ER | 2.38 | 11.54 |
| Employer Paid Benefits | 370.68 | 1,853.94 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,723.07 | 7,899.04 |
| Medicare - Taxable Wages | 1,723.07 | 7,899.04 |
| Federal Withholding - Taxable Wages | 1,633.55 | 7,667.82 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Absence Plans (Hours)

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| UHealth Non-Exempt EIB Time Off Plan | 1.85 | 0 | 11.1 |
| UHealth Non-Exempt PTO Time Off Plan | 7.072 | 0 | 33.3712 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| | Chase | ******8093 | | 1,422.18 USD |

University of Miami
Payroll Office P.O. Box 248106 Coral Gables, FL 33124

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Ana Garcia | University of Miami | 54868441 | 11/24/2022 | 12/07/2022 | 12/16/2022 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,471.88 | 172.69 | 135.32 | 15.81 | 1,148.06 |
| YTD | 6,368.35 | 442.36 | 560.18 | 67.31 | 5,298.50 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Overtime Premium | 12/01/2022 - 12/07/2022 | 5.5 | 7.85 | 43.18 | 92.25 |
| Overtime | 12/01/2022 - 12/07/2022 | 5.5 | 15.7 | 86.35 | 184.50 |
| Regular | 11/24/2022 - 12/07/2022 | 77.5 | 15.7 | 1,216.75 | 5,966.00 |
| Vacation / PTO | 11/24/2022 - 12/07/2022 | 8 | 15.7 | 125.60 | 125.60 |
| Earnings | | | | 1,471.88 | 6,368.35 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 85.12 | 376.20 |
| Medicare | 19.90 | 87.98 |
| Federal Withholding | 30.30 | 96.00 |
| Employee Taxes | 135.32 | 560.18 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental Delta- EE (pre-tax) | 17.34 | 69.36 |
| Med Insurance- Aetna- EE (pre-tax) | 49.85 | 199.40 |
| Metrorail - EE (pre-tax) | 31.90 | 31.90 |
| UHealth Retirement Savings Plan (UHealth RSP) - EE (pre | 73.60 | 141.70 |
| Pre Tax Deductions | 172.69 | 442.36 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| LTD | 6.67 | 32.07 |
| Short Term Disability Insurance (UM) | 9.14 | 35.24 |
| Post Tax Deductions | 15.81 | 67.31 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| AD&D Group UM - ER | 0.24 | 1.16 |
| Dental Delta- ER | 2.31 | 9.24 |
| Life Insurance- ER | 0.90 | 4.30 |
| Med Insurance- Aetna- ER | 364.85 | 1,459.40 |
| Short Term Disability Insurance (UM) – ER | 2.38 | 9.16 |
| Employer Paid Benefits | 370.68 | 1,483.26 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,372.79 | 6,067.69 |
| Medicare - Taxable Wages | 1,372.79 | 6,067.69 |
| Federal Withholding - Taxable Wages | 1,299.19 | 5,925.99 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Absence Plans (Hours)

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| UHealth Non-Exempt EIB Time Off Plan | 1.85 | 0 | 9.25 |
| UHealth Non-Exempt PTO Time Off Plan | 7.5582 | 8 | 26.2992 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| | Chase | ******8093 | | 1,148.06  USD |

University of Miami
Payroll Office P.O. Box 248106 Coral Gables, FL 33124

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Ana Garcia | University of Miami | 54868441 | 10/27/2022 | 11/09/2022 | 11/18/2022 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,291.34 | 67.19 | 116.45 | 15.05 | 1,092.65 |
| YTD | 3,534.48 | 134.38 | 302.76 | 36.45 | 3,060.89 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Overtime Premium | 10/27/2022 - 11/09/2022 | 1.5 | 7.85 | 11.78 | 13.74 |
| Overtime | 10/27/2022 - 11/09/2022 | 1.5 | 15.7 | 23.56 | 27.49 |
| Regular | 10/27/2022 - 11/09/2022 | 80 | 15.7 | 1,256.00 | 3,493.25 |
| Earnings | | | | 1,291.34 | 3,534.48 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 75.90 | 210.81 |
| Medicare | 17.75 | 49.30 |
| Federal Withholding | 22.80 | 42.65 |
| Employee Taxes | 116.45 | 302.76 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental Delta- EE (pre-tax) | 17.34 | 34.68 |
| Med Insurance- Aetna- EE (pre-tax) | 49.85 | 99.70 |
| Pre Tax Deductions | 67.19 | 134.38 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| LTD | 6.35 | 19.05 |
| Short Term Disability Insurance (UM) | 8.70 | 17.40 |
| Post Tax Deductions | 15.05 | 36.45 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| AD&D Group UM - ER | 0.23 | 0.69 |
| Dental Delta- ER | 2.31 | 4.62 |
| Life Insurance- ER | 0.85 | 2.55 |
| Med Insurance- Aetna- ER | 364.85 | 729.70 |
| Short Term Disability Insurance (UM) – ER | 2.26 | 4.52 |
| Employer Paid Benefits | 370.50 | 742.08 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,224.15 | 3,400.10 |
| Medicare - Taxable Wages | 1,224.15 | 3,400.10 |
| Federal Withholding - Taxable Wages | 1,224.15 | 3,400.10 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Absence Plans (Hours)

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| UHealth Non-Exempt EIB Time Off Plan | 1.85 | 0 | 5.55 |
| UHealth Non-Exempt PTO Time Off Plan | 7.072 | 0 | 19.669 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| | Chase | ******8093 | | 1,092.65 USD |

University of Miami
Payroll Office P.O. Box 248106 Coral Gables, FL 33124

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Ana Garcia | University of Miami | | | 54868441 | 10/13/2022 | 10/26/2022 | 11/04/2022 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,261.89 | 67.19 | 111.24 | 15.05 | 1,068.41 |
| YTD | 2,243.14 | 67.19 | 186.31 | 21.40 | 1,968.24 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Overtime Premium | 10/13/2022 - 10/19/2022 | 0.25 | 7.85 | 1.96 | 1.96 |
| Overtime | 10/13/2022 - 10/19/2022 | 0.25 | 15.7 | 3.93 | 3.93 |
| Regular | 10/13/2022 - 10/26/2022 | 80 | 15.7 | 1,256.00 | 2,237.25 |
| Earnings | | | | 1,261.89 | 2,243.14 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 74.07 | 134.91 |
| Medicare | 17.32 | 31.55 |
| Federal Withholding | 19.85 | 19.85 |
| Employee Taxes | 111.24 | 186.31 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental Delta- EE (pre-tax) | 17.34 | 17.34 |
| Med Insurance- Aetna- EE (pre-tax) | 49.85 | 49.85 |
| Pre Tax Deductions | 67.19 | 67.19 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| LTD | 6.35 | 12.70 |
| Short Term Disability Insurance (UM) | 8.70 | 8.70 |
| Post Tax Deductions | 15.05 | 21.40 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| AD&D Group UM - ER | 0.23 | 0.46 |
| Dental Delta- ER | 2.31 | 2.31 |
| Life Insurance- ER | 0.85 | 1.70 |
| Med Insurance- Aetna- ER | 364.85 | 364.85 |
| Short Term Disability Insurance (UM) – ER | 2.26 | 2.26 |
| Employer Paid Benefits | 370.50 | 371.58 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,194.70 | 2,175.95 |
| Medicare - Taxable Wages | 1,194.70 | 2,175.95 |
| Federal Withholding - Taxable Wages | 1,194.70 | 2,175.95 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Absence Plans (Hours)

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| UHealth Non-Exempt EIB Time Off Plan | 1.85 | 0 | 3.7 |
| UHealth Non-Exempt PTO Time Off Plan | 7.072 | 0 | 12.597 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| | Chase | ******8093 | | 1,068.41 | USD |

University of Miami
Payroll Office P.O. Box 248106 Coral Gables, FL 33124

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Ana Garcia | University of Miami | 54868441 | 09/29/2022 | 10/12/2022 | 10/21/2022 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 981.25 | 0.00 | 75.07 | 6.35 | 899.83 |
| YTD | 981.25 | 0.00 | 75.07 | 6.35 | 899.83 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular | 10/03/2022 - 10/12/2022 | 62.5 | 15.7 | 981.25 | 981.25 |
| Earnings | | | | 981.25 | 981.25 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 60.84 | 60.84 |
| Medicare | 14.23 | 14.23 |
| Employee Taxes | 75.07 | 75.07 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| LTD | 6.35 | 6.35 |
| Post Tax Deductions | 6.35 | 6.35 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| AD&D Group UM - ER | 0.23 | 0.23 |
| Life Insurance- ER | 0.85 | 0.85 |
| Employer Paid Benefits | 1.08 | 1.08 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 981.25 | 981.25 |
| Medicare - Taxable Wages | 981.25 | 981.25 |
| Federal Withholding - Taxable Wages | 981.25 | 981.25 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Absence Plans (Hours)

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| UHealth Non-Exempt EIB Time Off Plan | 1.85 | 0 | 1.85 |
| UHealth Non-Exempt PTO Time Off Plan | 5.525 | 0 | 5.525 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Chase | | ******8093 | | 899.83 USD |