**GREGORY FUNDING**
PO BOX 230579
Tigard, OR 97281-0579

www.GregoryFunding.com
Contact: 866-712-5698
Hours of Operation Monday – Friday
6:30am - 6:00pm Pacific Time
Payment Address: Gregory Funding
PO Box 742334
Los Angeles, CA 90074-2334
Fax: 866-712-5697

Roberto Garcia
Ana L Garcia
18174 SW 153rd Pl
Miami, FL 33187

9/26/2022
Loan #: ■■■■■-590
Property Address: 18174 SW 153 Pl, Miami, FL 33187

Subject: Reinstatement Quote

Dear Roberto Garcia and Ana L Garcia:

Gregory Funding is the servicer for the above-referenced loan. Below you will find the Loan Reinstatement Summary you have requested. Reinstate your loan by making a payment in the full amount by the reinstatement date noted below.

Acceptable forms of payment are wire transfer, ACH, check, money order or certified check. When making a payment within 10 days of a scheduled foreclosure sale date, please wire the funds as directed below or contact customer service at 866-712-5698.

| Wiring Instructions | Payment Mailing Address | Overnight Payment Mailing Address | ACH |
|---|---|---|---|
| JP Morgan Chase Bank, N.A. Gregory Funding LLC GF Payment 2 ABA: 021000021 Account: 550378043 Ref 329449-590 | Gregory Funding LLC PO Box 742334 Los Angeles, CA 90074-2334 | Gregory Funding LLC 13190 SW 68th Parkway, Suite 200 Tigard, OR 97223-8368 | Please contact us at 866-712-5698 to use the automated payment system or speak with a customer service representative. |

We are a debt collector and information you provide to us may be used to collect a debt. However, if you filed for bankruptcy, we respect any stay, modification or discharge condition and this notice is given for regulatory compliance and information purposes only. If we are subject to a stay in your bankruptcy, this letter is not a demand for payment. If this debt is discharged under bankruptcy law, you are not personally liable for discharged debt and this is not a notice of personal liability. According to the mortgage and within the limits of bankruptcy law, we retain our rights to enforce the mortgage lien against the collateral property.

V8.0 07/19/2022 LTR151 Page 1 of 3

Exhibit "B"

## LOAN REINSTATEMENT SUMMARY

| | |
|---|---|
| **Reinstatement Date** | 10/21/2022 |
| Unpaid Installments | $33,636.85 |
| Unpaid Late Charges | $1,487.87 |
| Accrued Late Charges | $64.69 |
| Interest Credit | -$923.91 |
| Unpaid Charges | $2,685.89 |
| Reserve Balance | $0.00 |
| **Reinstatement Amount** | **$36,951.39** |

## UNPAID INSTALLMENTS

| Interest Rate | Payment Date | Deferred UPB | Full Payment | Interest | Principal | Escrow | Unpaid Interest | Principal Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | $0.00 | $297,578.72 |
| 4.000% | 6/1/2021 | | $2,437.33 | $991.93 | $301.80 | $1,143.60 | $0.00 | $297,276.92 |
| 4.000% | 7/1/2021 | | $1,949.97 | $990.92 | $302.81 | $656.24 | $0.00 | $296,974.11 |
| 4.000% | 8/1/2021 | | $1,949.97 | $989.91 | $303.82 | $656.24 | $0.00 | $296,670.29 |
| 4.000% | 9/1/2021 | | $1,949.97 | $988.90 | $304.83 | $656.24 | $0.00 | $296,365.46 |
| 4.000% | 10/1/2021 | | $1,949.97 | $987.88 | $305.85 | $656.24 | $0.00 | $296,059.61 |
| 4.000% | 11/1/2021 | | $1,949.97 | $986.87 | $306.86 | $656.24 | $0.00 | $295,752.75 |
| 4.000% | 12/1/2021 | | $1,949.97 | $985.84 | $307.89 | $656.24 | $0.00 | $295,444.86 |
| 4.000% | 1/1/2022 | | $1,949.97 | $984.82 | $308.91 | $656.24 | $0.00 | $295,135.95 |
| 4.000% | 2/1/2022 | | $1,949.97 | $983.79 | $309.94 | $656.24 | $0.00 | $294,826.01 |
| 4.000% | 3/1/2022 | | $1,949.97 | $982.75 | $310.98 | $656.24 | $0.00 | $294,515.03 |
| 4.000% | 4/1/2022 | | $1,949.97 | $981.72 | $312.01 | $656.24 | $0.00 | $294,203.02 |
| 4.000% | 5/1/2022 | | $1,949.97 | $980.68 | $313.05 | $656.24 | $0.00 | $293,889.97 |
| 4.000% | 6/1/2022 | | $1,949.97 | $979.63 | $314.10 | $656.24 | $0.00 | $293,575.87 |
| 4.000% | 7/1/2022 | | $1,949.97 | $978.59 | $315.14 | $656.24 | $0.00 | $293,260.73 |
| 4.000% | 8/1/2022 | | $1,949.97 | $977.54 | $316.19 | $656.24 | $0.00 | $292,944.54 |
| 4.000% | 9/1/2022 | | $1,949.97 | $976.48 | $317.25 | $656.24 | $0.00 | $292,627.29 |
| 4.000% | 10/1/2022 | | $1,949.97 | $975.42 | $318.31 | $656.24 | $0.00 | $292,308.98 |

We reserve the right to amend this statement should any changes occur that would increase the amount required to reinstate your loan. Please be advised that any additional fees and costs incurred after the date of this letter will be assessed to your loan.

If you have any questions, please contact us toll-free at 866-712-5698.

We are a debt collector and information you provide to us may be used to collect a debt. However, if you filed for bankruptcy, we respect any stay, modification or discharge condition and this notice is given for regulatory compliance and information purposes only. If we are subject to a stay in your bankruptcy, this letter is not a demand for payment. If this debt is discharged under bankruptcy law, you are not personally liable for discharged debt and this is not a notice of personal liability. According to the mortgage and within the limits of bankruptcy law, we retain our rights to enforce the mortgage lien against the collateral property.

Sincerely,

Gregory Funding

We are a debt collector and information you provide to us may be used to collect a debt. However, if you filed for bankruptcy, we respect any stay, modification or discharge condition and this notice is given for regulatory compliance and information purposes only. If we are subject to a stay in your bankruptcy, this letter is not a demand for payment. If this debt is discharged under bankruptcy law, you are not personally liable for discharged debt and this is not a notice of personal liability. According to the mortgage and within the limits of bankruptcy law, we retain our rights to enforce the mortgage lien against the collateral property.

*V8.0 07/19/2022 LTR151* Page 3 of 3