

**ORDERED in the Southern District of Florida on March 31, 2023.**

**Paul G. Hyman, Jr., Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **IN THE MATTER OF:** | **CASE NO.: 22-19496-PGH** |
| **ROBERTO GARCIA** | **CHAPTER 13** |
| **ANA LUCIA GARCIA** | |
| Debtor, | |
| _____/ | |

### ORDER SUSTAINING OBJECTION TO CLAIM 6-1 OF CAPITAL ONE AUTO FINANCE, DE # 37

**THIS CAUSE** came before the court during the Chapter 13 Consent Calendar on March 28, 2023, upon the Debtor's Objection to Claim Number #6-1 of Capital One Auto Finance, a division of Capital One, N.A. (D.E. # 37), there being no opposition heard, no response being filed, and being otherwise duly advised in the premises, it is

**ORDERED** that the Debtor's objection to the claim is hereby **SUSTAINED.** Claim Number #6-1 is allowed but with no distribution by the Chapter 13 Trustee.

###

**Submitted by:**

RICARDO CORONA, ESQ.
Florida Bar No. 111333
6700 SW 38TH Street
Miami, FL 33155
(305) 547-1234 Phone
(305) 266-1151 Fax
Email: bk@coronapa.com

Ricardo Corona, Esq., shall serve a copy of the signed order on all interested parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).